O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JESSE ANDREW GREEN,
    Petitioner,

v.

SCOTT KERNAN, Sec'y of the Cal. Dep't of Corr. and Rehab.,
    Respondent.

Case No. 8:17-cv-01764-JVS-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1, 3), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 15). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 16) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition and this action with prejudice.

DATED: December 04, 2018

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE