JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ANDREW GREEN,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN, Sec'y of the Cal. Dep't of Corr. and Rehab.,<br><br>    Respondent. | Case No. 8:17-cv-01764-JVS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition and this action are dismissed with prejudice.

DATED: December 04, 2018

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE